IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LARRY W. STEPHENS,
ADC #103706                                                                                    PLAINTIFF

V.                           CASE NO. 2:17-CV-143-JM-BD

DOES, et al.                                                                                   DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Stephens's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Stephens may proceed with his condition-of-confinement claims against Defendants Andrews, Dycus, Westbrook, Reed, Kelly, Norman, Allen, Allison, Knott, Cole, Gorks, Randle, Granger, and Does. All other claims and Defendants are DISMISSED, without prejudice.

IT IS SO ORDERED, this 15th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE