# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

| | |
|---|---|
| LARRY W. STEPHENS,<br>ADC #103706 | PLAINTIFF |
| V.      CASE NO. 2:17-CV-143-JM-BD | |
| DOES, et al. | DEFENDANTS |

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Stephens's claims against the Doe Defendants are DISMISSED, without prejudice.

IT IS SO ORDERED, this 19th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE