IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LARRY W. STEPHENS,
ADC # 103706                                                                                          PLAINTIFF

V.                         CASE NO. 2:17-CV-143-JM-BD

DOES, *et al*.                                                                                        DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Stephens's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion for summary judgment based on failure to exhaust administrative remedies (#170) is GRANTED. All pending motions (#152, #160, #162, #163, #168, #169, #175, #176, #177, #178, #179, #183) are DENIED, as moot. Mr. Stephens's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED, this 16th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE