IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LARRY W. STEPHENS,
ADC # 103706                                                                    PLAINTIFF

V.                           CASE NO. 2:17-CV-143-JM-BD

DOES, *et al*.                                                                  DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 16th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE